**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NORTHERN CHESTER COUNTY SPORTSMEN'S CLUB | : | No. 869 MAL 2017 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| JOHN MARK MULLER AND BENJAMIN T. JANUS AND WILLIAM J. DUNN | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: JOHN MARK MULLER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.